**Opinion filed October 13, 2011**



In The

# Eleventh Court of Appeals

_____

### No. 11-11-00113-CV
_____

### ALEITHIA ARTEMIS, Appellant

### V.

### AUSTIN STATE HOSPITAL, Appellee

**On Appeal from the 201st District Court**

**Travis County, Texas**

**Trial Court Cause No. D-1-GN-10-003955**

### M E M O R A N D U M   O P I N I O N

Aleithia Artemis has filed an appeal from an order of the trial court granting Austin State Hospital's plea to the jurisdiction. Artemis, who is not represented by counsel, has not provided this court with either a physical mailing address or a telephone number, only an e-mail address. The clerk of this court notified Artemis by e-mail that our court was not set up for contact by e-mail, that the rules do not provide for such, and that that was the only e-mail that would be sent to her from this court. The clerk suggested that Artemis use a post office box and assured Artemis that this court would keep her address private. Artemis was instructed to furnish a

mailing address, as opposed to an e-mail address, by May 11, 2011. After Artemis failed to comply, we abated the appeal and notified Artemis by e-mail. We now dismiss the appeal.

As we noted in our May 12, 2011 order abating the appeal, unrepresented parties to an appeal are required by the Texas Rules of Appellate Procedure to provide us with a mailing address and phone number. TEX. R. APP. P. 9.1(b), 32.1(a)(2). In the order, this court informed Artemis that her appeal could be dismissed pursuant to TEX. R. APP. P. 42.3(c) if she continued to fail to comply with the rules and the instruction of this court to provide a mailing address. It has been five months since this court ordered Artemis to provide us with a mailing address; because she still has not complied, we dismiss this appeal. *See* TEX. R. APP. P. 42.3.

The appeal is dismissed.

PER CURIAM

October 13, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.